

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2016

No. 04-15-00799-CR

Eric G. **YZAGUIRRE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1569-CR-C
Honorable Gary L. Steel, Judge Presiding

## O R D E R

After appellant's brief was filed on August 9, 2016, the State's brief was due thirty days later on September 8, 2016.  The State filed a motion to extend time to file its brief, which this court granted, making the brief due October 10, 2016.  The State has now filed a second motion to extend time to file the brief, asking for another thirty-day extension.  We **GRANT** the State's motion to extend time to file its brief and **ORDER** the State to file its brief on or before November 9, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court